ON RETURN TO REMAND
The return to remand shows that the trial court has fully complied with the directions of this Court by conducting a hearing, after due notice thereof to the attorneys for both parties, for the receipt of evidence presented by the parties as to whether there was compliance with Code of Alabama 1975, § 12-14-70(d); the return has been accompanied by a court reporter's transcript of the evidence of the proceedings at such hearing showing full compliance with said sub-section by the appellee and that no evidence was presented on behalf of defendant-appellant. The judgment of the trial court adjudging defendant guilty of resisting arrest and sentencing him to imprisonment for four months as punishment therefore should now be affirmed.
OPINION EXTENDED; AFFIRMED.
All the Judges concur.